UNITED STATES DISTRICT COURT **FILED**
NORTHERN DISTRICT OF ILLINOIS    MAR 2 5 2010
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RAJA LAHRASIB KHAN

CASE NUMBER:

Magistrate Judge Geraldine Soat Brown

UNDER SEAL

**10 CR 0240**

## GOVERNMENT'S MOTION TO SEAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrant:

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the arrest warrant can be executed could alert the defendant and result in his flight and the destruction of evidence.

For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until the time of arrest of the defendant in this case or further order of the Court, whichever occurs earlier.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*

Christopher K. Veatch
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-3389

DATE: March 25, 2010