Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 240 | **DATE** | 3/25/2010 |
| **CASE TITLE** | USA vs. Raja Lahrasib Khan | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Raja Lahrasib Khan. Government's motion to seal complaint, affidavit, and arrest warrant is granted. Enter Order.. *[signature] Geraldine Soat Brown*

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|