FILED
MAR 26 2010
MAR 26 2010
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

CASE NUMBER: 10 CR 240

v.

RAJA LAHRASIB KHAN

## GOVERNMENT'S NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby provides notice to defendant RAJA LAHRASIB KHAN and to the Court, that pursuant to Title 50, United States Code, Section 1806(c) and 1825(d), that the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained and derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By: /s/

CHRISTOPHER K. VEATCH
STEVEN J. DOLLEAR
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-5300

DATE: March 26, 2010