# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 240 | **DATE** | 3/26/2010 |
| **CASE TITLE** | USA vs. Raja Lahrasib Khan | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 3/26/10. Defendant informed of his rights. The court finds defendant unable to afford counsel. Enter Order appointing Daniel P. McLaughlin of the Federal Defender Program as counsel for defendant for the initial appearance only. Government moves for pretrial detention. Status hearing on detention and preliminary examination hearing set for 3/30/10 at 11:00 a.m. Defendant advises he is diabetic and takes a prescription, the staff at the facility at which he will be held, shall evaluate his medical condition. Government's oral motion to unseal the complaint is granted. Defendant shall remain in custody pending the status hearing.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10



| | | Courtroom Deputy Initials: | NTF |
|---|---|---|---|