# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 240 | **DATE** | 3/30/2010 |
| **CASE TITLE** | USA vs. Raja Lahrasib Khan | | |

**DOCKET ENTRY TEXT**

Status hearing held. Daniel McLaughlin of the Federal Defender Program is given leave to withdraw as counsel for the defendant. Thomas Durkin appears as retained counsel for the defendant. Government moves for pretrial detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Government's oral motion for pretrial detention is granted. Defendant will remain in custody pending trial or until further order of the court. Preliminary examination hearing set for 4/7/10 at 11:00 a.m.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|