Felony

JUDGE ZAGEL

**1 OCR 0240**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?

   NO ☐  YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **USA v. RAJA LAHRASIB KHAN, 10 CR 240, Magistrate Judge Geraldine Soat Brown**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   NO ☒  YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?

   NO ☒  YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒  YES ☐

6) What level of offense is this indictment or information?   FELONY ☒  MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☒  YES ☐

8) **Does this indictment or information include a conspiracy count?**   NO ☒  YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)
   ☐ Criminal Antitrust ............... (II)
   ☐ Bank robbery ............. (II)
   ☐ Post Office Robbery ....... (II)
   ☐ Other Robbery ........... (II)
   ☐ Assault ................ (III)
   ☐ Burglary ............... (IV)
   ☐ Larceny and Theft ....... (IV)
   ☐ Postal Embezzlement ....... (IV)
   ☐ Other Embezzlement ..... (III)
   ☐ Income Tax Fraud ........ (II)
   ☐ Postal Fraud ............ (II)
   ☐ Other Fraud ............. (III)
   ☐ Auto Theft .............. (IV)
   ☐ Transporting Forged Securities (III)
   ☐ Forgery ................. (III)
   ☐ Counterfeiting ........... (III)
   ☐ Sex Offenses ............ (II)
   ☐ DAPCA Marijuana ....... (III)
   ☐ DAPCA Narcotics ........ (III)
   ☐ DAPCA Controlled Substances (III)
   ☐ Miscellaneous General Offenses (IV)
   ☐ Immigration Laws ....... (IV)
   ☐ Liquor, Internal Revenue Laws (IV)
   ☐ Food & Drug Laws ........ (IV)
   ☐ Motor Carrier Act ......... (IV)
   ☐ Selective Service Act ...... (IV)
   ☐ Obscene Mail ........... (III)
   ☒ Other Federal Statutes ... (III)
   ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.

   **TITLE 18, UNITED STATES CODE, SECTION 2339B(a)(1)**

   **CHRISTOPHER K. VEATCH**
   Assistant United States Attorney

(Revised 4/99)