**10 CR 0240**

09 GJ 1299

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **JUDGE ZAGEL** | Sitting Judge if Other than Assigned Judge | **MAGISTRATE JUDGE GERALDINE SOAT BROWN** |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 0240 | **DATE** | APRIL 1, 2010 |
| **CASE TITLE** | U. S. v. RAJA LAHRASIB KHAN | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for ___SPECIAL AUGUST 2009-2___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Geraldine Soat Brown_

NO BOND SET; DETAINED BY MAGISTRATE JUDGE.

F I L E D
APR 1, 2010
APR - 1 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                                UNDER SEAL)

Courtroom Deputy Initials:

Page 1 of 1