# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 240 | **DATE** | 4/02/2010 |
| **CASE TITLE** | USA vs. Raja Lahrasib Khan | | |

**DOCKET ENTRY TEXT**

The grand jury having returned an indictment against the defendant, the preliminary hearing previously set for 4/07/10 is cancelled.

Docketing to mail notices.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|