# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of   Case Number: 10 CR 240

United States of America v. Raja Lahrasib Khan

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Raja Lahrasib Khan

| |
|---|
| NAME (Type or print) <br> Thomas Anthony Durkin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas Anthony Durkin |
| FIRM <br> Durkin & Roberts |
| STREET ADDRESS <br> 2446 North Clark Street |
| CITY/STATE/ZIP <br> Chicago, IL  60614 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0697966 (IL) | TELEPHONE NUMBER <br> (312) 913-9300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ |