# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 240 | **DATE** | 4/5/2010 |
| **CASE TITLE** | UNITED STATES vs. RAJA LAHRASIB KHAN | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to the indictment. Leave is given to file an additional appearance. Rule 16 conference deadline 4/12/2010. Evidentiary hearing set for 5/5/2010 at 12:00 p.m. Order time excluded in the interest of justice pursuant to 18:3161(h)(7)(A) from 4/5/2010 to 5/5/2010. (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | DW |
|---|---|---|