# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                                             Case No.: 1:10–cr–00240
                                                                        Honorable James B. Zagel

Raja Lahrasib Khan

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 2, 2010:

       MINUTE entry before the Honorable James B. Zagel:As to Raja Lahrasib Khan, status hearing (7–9–2010) is reset for 7/13/2010 at 08:30 AM. Order time excluded in the interest of justice pursuant 18:3161(h)(7)(A) from 7/9/2010 to 7/13/2010. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.