UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 10 CR 240 |
| -v- | ) | |
| | ) | Hon. James B. Zagel |
| RAJA LAHRASIB KHAN | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on May 6, 2010, the government filed its Government's Notice to Court Pursuant to Foreign Intelligence Surveillance Act, under seal and *in camera*, with the Classified Information Security Officer.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Christopher K. Veatch
CHRISTOPHER K. VEATCH
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-3389