**Filed with Classified Information Security Officer**

CISO

Date 7/1/11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 10 CR 240 |
| | ) | |
| -v- | ) | Judge James B. Zagel |
| | ) | |
| RAJA LAHRASIB KHAN | ) | FILED *EX PARTE, IN CAMERA* |
| | ) | AND <u>UNDER SEAL</u> THROUGH |
| | ) | THE CLASSIFIED INFORMATION |
| | ) | SECURITY OFFICER |

**(U) GOVERNMENT'S *EX PARTE, IN CAMERA* MOTION
FOR A SECOND PROTECTIVE ORDER PURSUANT
TO CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)**