UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 10 CR 240 |
| v. | ) | |
| | ) | Judge James B. Zagel |
| RAJA LAHRASIB KHAN | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                                            Respectfully submitted,
                                            PATRICK J. FITZGERALD
                                            United States Attorney

By:    s/ Heather K. McShain
          Heather K. McShain
          Assistant United States Attorney
          219 South Dearborn Street
          Chicago, Illinois 60604
          (312) 353-1414