

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Joshua G. Herman

FIRM: Durkin & Roberts

STREET ADDRESS: 2446 North Clark Street

CITY/STATE/ZIP: Chicago, IL 60614

PHONE NUMBER: 312-913-9300

E-MAIL ADDRESS: jherman@durkinroberts.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6283074

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 10 CR 240 | United States v. Raja Lahrasib Khan | Judge Zagel |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Joshua G. Herman  12/14/11
_____  _____
Attorney's Signature  Date