UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

UNITED STATES OF AMERICA
          Plaintiff,

v.                                    Case No.: 1:10–cr–00240
                                    Honorable James B. Zagel

Raja Lahrasib Khan
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 19, 2011:

      MINUTE entry before the Honorable James B. Zagel:As to Raja Lahrasib Khan, status hearing (12–22–2011) is reset for 1/12/2012 at 12:00 PM. Order time excluded in the interest of justice pursuant to 18:3161(h)(7)(A) from 12/22/2011 to 1/12/2012. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.