# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 240 - 1 | **DATE** | 2/6/2012 |
| **CASE TITLE** | UNITED STATES vs. RAJA KHAN | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws his plea of not guilty to Count 2 of the indictment. Defendant informed of his rights. Defendant enters a plea of guilty Count 2 of the indictment. Plea accepted and a judgment of guilty is entered on the plea. Presentence investigation report is ordered. Sentencing set for 5/30/2012 at 2:00 p.m.

Docketing to mail notices.

| Courtroom Deputy Initials: | DW |
|---|---|