### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10 CR 240 |
| | ) | Judge James B. Zagel |
| RAJA LAHRASIB KHAN | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR AN ORDER
### AUTHORIZING U.S. PROBATION DEPARTMENT TO RELEASE
### DEFENDANT'S MEDICAL RECORDS TO DEFENSE COUNSEL

Defendant, **RAJA LAHRASIB KHAN**, by and through his attorneys, **THOMAS
ANTHONY DURKIN**, **JANIS D. ROBERTS** and **JOSHUA G. HERMAN** pursuant to the
Due Process and Effective Assistance of Counsel clauses of the Fifth and Sixth Amendments to
the Constitution of the United States, respectfully moves this Court for its order authorizing the
United States Probation Department to release Defendant's medical records to Defendant's
counsel so that counsel may review and, if necessary, use those records at Defendant's
sentencing, which is presently scheduled for May 30, 2012.

In support of this motion, Defendant, through counsel, shows to the Court the following:

1.      On April 1, 2010, Defendant was charged with two counts of attempting to
provide material support to a foreign terrorist organization, al Qaeda, in violation of 18 U.S.C.
§2339(B)(a)(1).  On February 6, 2012, Defendant pled guilty to Count Two of the Indictment.
Sentencing in this matter is presently scheduled for May 30, 2012.

2.      On March 21, 2012, the U.S. Probation Department, through its officer, Kelly
Rice, interviewed Defendant at the Metropolitan Correctional Center Chicago ("MCC") in the
presence of counsel. During this interview, Defendant granted Officer Rice permission to obtain

his medical records from the MCC, including records relating to Defendant's 16-month confinement in the Segregated Housing Unit ("SHU") at the MCC. Counsel understands that Officer Rice in fact obtained those medical records.

3.      On April 2, 2012, counsel for Defendant requested copies of these medical records from Ms. Rice. Ms. Rice informed counsel that she would require the Court's authorization in order to release the medical records to counsel, but if so authorized she would release copies to counsel.

4.      Accordingly, counsel hereby respectfully requests this Court enter its Order authorizing the Probation Department to release Defendant's medical records to counsel for review and, if necessary, use at Defendant's sentencing. Defendant anticipates that these records may be relevant to sentencing issues and arguments that will be before the Court, particularly as they may relate to the Court's analysis of factors set forth in 18 U.S.C. § 3553(a), including but not limited to the characteristics of Defendant and the need to provide Defendant with medical care.

5.      Counsel has conferred with Assistant United States Attorney Christopher Veatch about this motion. AUSA Veatch has informed counsel that the government does not oppose this request for an order authorizing release of Defendant's medical records to counsel.

6.      A proposed order regarding the release of Defendant's medical records has been separately submitted by e-mail to the Court for its review, pursuant to the proposed order procedures set forth on the Court's website.

Respectfully submitted,


/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN**


/s/ Janis D. Roberts
**JANIS D. ROBERTS**


/s/ Joshua G. Herman
**JOSHUA G. HERMAN**


**DURKIN & ROBERTS**
2446 North Clark
Chicago, IL 60614
(312) 913-9300
tdurkin@durkinroberts.com
jdroberts@durkinroberts.com

## CERTIFICATE OF SERVICE

Joshua G. Herman, Attorney at Law, hereby certifies that the foregoing Defendant's Unopposed Motion for an Order Authorizing U.S. Probation Department to Release Defendant's Medical Records to Defense Counsel was served on April 30, 2012, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

**/s/ Joshua G. Herman**
**JOSHUA G. HERMAN**
**DURKIN & ROBERTS**
2446 N. Clark Street
Chicago, Illinois 60614
(312) 913-9300

4