Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 10 CR 240 | DATE | 4/27/2012 |
| CASE TITLE | UNITED STATES vs. RAJA LAHRASIB KHAN | | |

**DOCKET ENTRY TEXT**

Enter order authorizing release of medical records.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|