

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10 CR 240 |
| ) | Judge James B. Zagel |
| RAJA LAHRASIB KHAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter coming to be heard by this Court on Defendant's Unopposed Motion for an Order Authorizing U.S. Probation Department to Release Defendant's Medical Records to Defense Counsel, with due notice having been given and the Court fully apprised in the premises,

**IT IS NOW HEREBY ORDERED** that Defendant's Unopposed Motion is GRANTED. The Court hereby authorizes the U.S. Probation Department to release Defendant's Medical Records that it has in its possession to counsel for Defendant.

SO ORDERED:

_____
Honorable James B. Zagel
U.S. District Judge

Date: April 27, 2012