IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 10 CR 240 |
| RAJA LAHRASIB KHAN, | ) | Judge James B. Zagel |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RAJA KHAN'S UNOPPOSED MOTION TO MODIFY
THE TERMS OF SUPERVISED RELEASE TO PERMIT TRAVEL**

Defendant, **RAJA LAHRASIB KHAN**, by and through his attorneys, **THOMAS ANTHONY DURKIN** and **JANIS D. ROBERTS**, pursuant to 18 U.S.C. § 3583(e)(2), as well as the Due Process Clause of the Fifth Amendment to the Constitution of the United States, respectfully moves this Court for an order modifying the terms of Defendant's Supervised Release to permit international travel to Pakistan, by way of Istanbul, Turkey, for a period of one month in approximately late November of this year. The Government has no objection to the granting of this motion.

In support of this motion, Defendant, through counsel, shows to the Court the following:

1. On February 6, 2012, Defendant entered a plea of guilty to Count Two of the Indictment. (Dkt. #55)

2. On June 8, 2012, the Court sentenced Defendant to a term of 90 months. Upon release from custody of the Federal Bureau of Prisons, Defendant was to serve a life-term of supervised release. (Dkt. #67)

3. Defendant successfully completed the custodial portion of his sentence on June 7,

2016, and was released from a half-way house on October 7, 2016. Defendant is presently serving his lifetime supervised release. A standard condition of this supervised release requires that Defendant "shall not leave the judicial district without the permission of the court or probation officer." (Dkt. #67)

4. Defendant requests permission for international travel to Pakistan in order to visit his wife and two children who reside near Islamabad whom he has not seen since his arrest and conviction.

5. Counsel will inform the prosecutors and the Probation Office of his exact itinerary as soon as Defendant has purchased his tickets, but it is hoped he can leave in late November.[1] Defendant will remain in contact with his Probation Officer during the course of his travel, and provide dates and locations of his whereabouts.

6. Counsel has communicated with Assistant United States Attorney Christopher Veatch who has told counsel that they can represent to the Court that the government has no objection to the granting of this motion.

7. In light of the above, counsel respectfully request that the terms of Defendant's supervised release be modified to permit international travel for one month, upon formal notice to the Government and the Probation Department and any other conditions the Court might deem reasonable.

---

[1] Defendant has reserved, but not finally purchased, a ticket leaving on November 24, 2016 and returning on December 21, 2016.

Respectfully submitted,


/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**

/s/ Janis D. Roberts
**JANIS D. ROBERTS**,
Attorneys for Defendant Raja Khan

**DURKIN & ROBERTS**
2446 North Clark Street
Chicago, Illinois 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
jdroberts@durkinroberts.com

## **CERTIFICATE OF SERVICE**

      Thomas Anthony Durkin, Attorney at Law, hereby certifies that the foregoing Defendant Raja Khan's Unopposed Motion to Modify the Terms of Supervised Release in order to Permit Travel was served on November 11, 2016, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, and LR 5-2.

      /s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN**
2446 N. Clark Street
Chicago, Illinois 60614
(312) 981-0123
tdurkin@durkinroberts.com