**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 10 CR 240 |
| RAJA LAHRASIB KHAN, ) | Judge James B. Zagel |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   All Counsel of Record (ECF)

    **PLEASE TAKE NOTICE** that on Thursday, November 17, 2016, at 9:30 a.m., or as soon thereafter as we may be heard, we shall appear before Judge James B. Zagel, in Courtroom 2503 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendant Khan's Unopposed Motion to Modify the Terms of Supervised Release to Permit Travel, a copy of which is hereby served upon you.

    Respectfully submitted,

    /s/ Thomas Anthony Durkin
    **THOMAS ANTHONY DURKIN,**
    Attorney at Law.

**DURKIN & ROBERTS**
2446 N. Clark Street
Chicago, Illinois 60614
(312) 913-9300

## CERTIFICATE OF SERVICE

Thomas Anthony Durkin, Attorney at Law, hereby certifies that the foregoing Notice of Motion was served on November 11, 2016, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**
Attorney at Law.

**DURKIN & ROBERTS**
2446 N. Clark Street
Chicago, Illinois 60614
(312) 913-9300
tdurkin@durkinroberts.com