# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                       Case No.: 1:10–cr–00240
                                                               Honorable James B. Zagel

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 14, 2016:

      MINUTE entry before the Honorable James B. Zagel: As to Defendant Raja Lahrasib Khan (1): Defendant's Unopposed Motion to Modify the Terms of Supervised Release [68] is granted. Defendant is granted leave to travel to Pakistan and shall inform the Government and the Probation Office of his itinerary once he has purchased his tickets. Hearing set for 11/17/16 is stricken and no appearance is necessary. Mailed notice (ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.