**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 10 CR 240 |
| RAJA LAHRASIB KHAN, | ) | Judge James B. Zagel |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RAJA KHAN'S UNOPPOSED
MOTION TO MODIFY THE TERMS OF SUPERVISED
<u>RELEASE PERMIT TRAVEL *NUNC PRO TUNC*</u>**

Defendant, **RAJA LAHRASIB KHAN**, by and through his attorneys, **THOMAS ANTHONY DURKIN** and **JANIS D. ROBERTS**, pursuant to 18 U.S.C. § 3583(e)(2), as well as the Due Process Clause of the Fifth Amendment to the Constitution of the United States, respectfully moves this Court for an order modifying the terms of Defendant's Supervised Release to permit international travel to Pakistan, by way of Abu Dhabi, U.A.E., *nunc pro tunc*, for a period of two months, from June 2, 2017, through July 31, 2017. The Government has no objection to the granting of this motion.

In support of this motion, Defendant, through counsel, shows to the Court the following:

1. On February 6, 2012, Defendant entered a plea of guilty to Count Two of the Indictment. (Dkt. #55)

2. On June 8, 2012, the Court sentenced Defendant to a term of 90 months. Upon release from custody of the Federal Bureau of Prisons, Defendant was to serve a life-term of supervised release. (Dkt. #67)

3. Defendant successfully completed the custodial portion of his sentence on June 7,

2016, and was released from a half-way house on October 7, 2016. Defendant is presently serving his supervised release. A standard condition of this supervised release requires that Defendant "shall not leave the judicial district without the permission of the court or probation officer." (Dkt. #67).

4. On November 14, 2016, the Court granted Defendant's Unopposed Motion to Modify the Terms of Supervised Release (Dkt. #68), granting Defendant leave to travel to Pakistan for a period of one month to visit his wife and two children, whom he had not seen since his arrest and conviction. (Dkt. #70). Defendant traveled to Pakistan and returned to the United States after his trip as required without incident.

5. Defendant now requests this Court's permission for international travel to Pakistan for a second visit with his family, from June 2, 2017, through July 31, 2017. His itinerary is attached hereto as Ex. A.

6. In May of 2017, counsel communicated with Assistant United States Attorney Christopher Veatch regarding Defendant's proposed travel. On May 24, 2017, AUSA Veatch confirmed via email that the Government, as well as the Probation Office, have no objection to the granting of this motion, as long as Mr. Khan: (1) provides a copy of his travel itinerary to the Probation Officer in advance; and, (2) checks in with his Probation Officer on a weekly basis.

7. On May 26, 2017, Counsel forwarded the Probation Officer Defendant's itinerary prior to his scheduled departure on June 2, 2017. However, by sheer inadvertence, counsel did not file a motion with the Court prior to Defendant's departure on June 2, 2017. As such, counsel have respectfully filed this motion seeking permission for travel *nunc pro tunc* to June 2, 2017. AUSA Veatch has informed counsel that they can represent that the Government does not oppose the granting of this relief.

        Respectfully submitted,

        /s/ Thomas Anthony Durkin
        **THOMAS ANTHONY DURKIN,**

        /s/ Janis D. Roberts
        **JANIS D. ROBERTS**,
        Attorneys for Defendant Raja Khan.

**DURKIN & ROBERTS**
2446 North Clark Street
Chicago, Illinois 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
jdroberts@durkinroberts.com

## **CERTIFICATE OF SERVICE**

Thomas Anthony Durkin, Attorney at Law, hereby certifies that the foregoing Defendant Raja Khan's Unopposed Motion to Modify the Terms of Supervised Release *Nuc Pro Tunc* in order to Permit Travel, was served on June 15, 2017, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, and LR 5-2.

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN**
2446 N. Clark Street
Chicago, Illinois 60614
(312) 981-0123
tdurkin@durkinroberts.com