# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.                                          Case No.: 1:10–cr–00240

                                                 Honorable James B. Zagel

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 19, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: as to Raja Lahrasib Khan: Defendant's unopposed motion to modify the terms of supervised release to permit travel nunc pro tunc [72] is granted. Defendant's terms of supervised release are modified to permit international travel to Pakistan, by way of Abu Dhabi, U.A.E., nunc pro tunc, for a period of two months, from 6/2/17 through 7/31/17. Defendant must check in with his probation officer on a weekly basis. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.