UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAJA KHAN | No. 10 CR 240<br><br>Judge Sharon Johnson Coleman |

**GOVERNMENT'S STATUS REPORT
REGARDING DEFENDANT'S TRAVEL**

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, pursuant to the Court's November 7, 2022 Minute Entry (Dkt. #102),[1] respectfully states as follows:

1. On or about October 20, 2022, the government was notified by the U.S. Probation Office that defendant Raja Khan had attempted to return to the United States from Pakistan but had been prevented from doing so for an unknown reason.

2. On or about October 21, 2022, the government contacted defendant's counsel to obtain information regarding defendant's attempt to return to the United States from Pakistan. The parties had little information regarding the circumstances surrounding defendant's travel issues at that time.

---

[1] In its November 7, 2022 Minute Entry, the Court ordered the government "to put in writing the steps he has taken to find out about why defendant was not allowed to leave Pakistan." *See* Dkt. #102.

3.     On or shortly after October 21, 2022, the government contacted the FBI to determine whether it was aware of any issues that would have prevented defendant from returning to the United States. There were no such issues identified.

4.     On or about November 4, 2022, the government contacted the Probation Office to determine whether there were any updates regarding defendant's travel and was informed that there were not. The government suggested to the Probation Office that defendant contact the U.S. Embassy or Consulate in Pakistan for assistance.

5.     On or about November 3 and/or 4, 2022, the government spoke with defendant's counsel to determine whether there were any updates regarding defendant's travel and was informed that there were not. During such contact, the government suggested that defendant contact the U.S. Embassy or Consulate in Pakistan for assistance.

6.     Following the November 7, 2022 hearing in this matter, the government contacted defendant's counsel and requested additional information regarding the circumstances surrounding defendant's attempted return to the United States.

7.     On or about November 8, 2022:

     a.     Defendant's counsel provided the government with additional information regarding defendant's attempted return to the United States, as well information regarding defendant's difficulties with attempting to make contact with a representative at the U.S. Embassy in Pakistan;

2

    b.  The government contacted the Department of Justice's Office of International Affairs to determine whether it could assist defendant with making contact with a representative at the U.S. Embassy in Pakistan;

    c.  The government contacted an agent of Homeland Security Investigations ("HSI") to determine whether: (i) any information could be obtained regarding why defendant was prevented from returning to the United States; and (ii) HSI could provide any assistance regarding defendant's return; and

    d.  The HSI agent informed the government that he had reviewed the applicable HSI databases and made contact with others likely to have visibility of any U.S. issues that might have prevented defendant from returning to the United States. Based on such inquiry, the agent was unable to identify any such issues.

  8.  Based on information received from HSI, on or about November 9, 2022, the government suggested to defendant's counsel that defendant rebook his travel and provide the government with his itinerary so that HSI could attempt to monitor for impediments that might impact defendant's travel. Defendant's counsel advised the government that he would forward the government's email to defendant and instruct defendant to make a flight reservation.

  9.  On or about November 10, 2022, defendant's counsel provided the government with a proposed itinerary for defendant to return to the United States on November 16, 2022, on an airline that was different than the one which had prevented him from boarding. Based on information obtained from HSI, the

3

government informed defendant's counsel that HSI would not be able to monitor for potential impediments to defendant's travel until he purchased the proposed tickets.

10. Also on or about November 10, 2022, the government provided HSI with a copy of defendant's proposed itinerary.

11. On or about November 11, 2022, defendant's counsel informed the government that defendant would be purchasing a ticket, a copy of which would be provided to the government.

12. On or about November 12, 2022, the HSI agent informed the government that he had requested a notification of any issues regarding defendant's travel to the United States in the applicable Department of Homeland Security database.

13. On or about November 14, 2022, defendant's counsel provided the government with information regarding defendant's travel, which differed from the itinerary proposed on November 10, 2022, and was on the same airline that had previously prevented defendant from boarding. The government provided such itinerary to the HSI agent to assist with attempting to identify any issues regarding defendant's return to the United States.

14. According to the itinerary provided by defendant's counsel, defendant is scheduled to return to the United States via flights on:

    a. November 23, 2022, from Pakistan to Qatar;

    b. November 24, 2022, from Qatar to the United Kingdom;

4

   c.  November 30, 2022, from the United Kingdom to Ireland; and

   d.  November 30, 2022, from Ireland to Chicago, Illinois.[2]

15. The government has requested that the HSI agent attempt to reach out to the airline on which defendant is scheduled to fly on November 23 and 24, 2022, to see if any potential travel issues can be identified or mitigated.

16. The government proposes that the Court issue an Order:

   a.  Setting this matter for a status hearing or report after defendant's scheduled return to the United States (i.e., after November 30, 2022) to allow the parties or the Probation Office to update the Court regarding defendant's return to the United States; and

   b.  Requiring the parties or the Probation Office to notify the Court if defendant is prevented from boarding his scheduled November 23 and 24, 2022 flights.

         Respectfully submitted,

         JOHN R. LAUSCH, JR.
         United States Attorney

     By: *s/ Christopher K. Veatch*
         Christopher K. Veatch
         Assistant United States Attorney
         219 S. Dearborn Street, Rm. 500
         Chicago, Illinois 60604
         (312) 886-3389

---

[2] The government has notified the Probation Office and defendant's counsel that this information differs from defendant's travel information in the November 15, 2022 Report on Offender Under Supervision.